# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW     WWW.MARSHALLDENNEHEY.COM

A  PROFESSIONAL  CORPORATION

**2000 Market Street · Philadelphia, PA 19103**
**(215) 575-2600 · Fax (215) 575-0856**

| | PENNSYLVANIA | OHIO |
|---|---|---|
| | Allentown | Cincinnati |
| | Doylestown | Cleveland |
| | Erie | **FLORIDA** |
| | Harrisburg | Ft. Lauderdale |
| | King of Prussia | Jacksonville |
| | Philadelphia | Orlando |
| | Pittsburgh | Tampa |
| | Scranton | |
| | **NEW JERSEY** | **NEW YORK** |
| | Mount Laurel | Long Island |
| | Roseland | New York City |
| | | Westchester |
| | **DELAWARE** | |
| | Wilmington | |

**Direct Dial: 215-575-2689**
**Email: skmcnamara@mdwcg.com**

October 23, 2018

TO ALL COUNSEL

    *RE:*   *Thomas Gorton*
          *USDC 17-CV-1110-YK*

Dear Counsel:

    Enclosed please find Stipulations of Dismissal regarding Defendants Hobart Brothers Company and The Lincoln Electric Company in the above matter.

    Kindly advise within ten (10) days of any objections.

              Sincerely,

              Suzie McNamara
              Paralegal

:skm
Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS D. GORTON, II and
RHONDA GORTON, h/w

v.

AIR AND LIQUID SYSTEMS, INC, et al.

CIVIL ACTION
NO. 1:17-CV-1110-YK

## STIPULATION OF DISMISSAL

It is hereby STIPULATED and AGREED by and between counsel, that Plaintiffs'
claims against Defendant, The Lincoln Electric Company, and any cross-claims by Defendants
thereto, are DISMISSED WITH PREJUDICE from the above-captioned matter.

_____
JASON B. DUNCAN, ESQUIRE
Attorney for Plaintiffs

_____
CHRISTOPHER N. SANTORO, ESQ.
Attorney for Lincoln Electric
~~Hobart Brothers~~ Company

DATE: 10|16|18

APPROVED BY THE COURT:

_____
                                                                    J.